MEMORANDUM **
In this case involving the Class Action Fairness Act (CAFA), Appellant Travel-Centers of America (TA) challenges the district court’s grant of Appellee Paul Noll’s (Noll) motion to remand Noll’s class action suit to state court. We affirm.
*251 The district court properly held that TA’s notice of removal was untimely, as Noll’s original complaint “revealfed] a basis for removal.” Harris v. Bankers Life & Cas. Co., 425 F.3d 689, 694 (9th Cir. 2005). Noll’s complaint alleged that TA misclassifíed salaried store employees as exempt managerial/exeeutive employees for overtime compensation. Despite sufficient notice of the putative class, TA failed to timely remove the action to federal court as required by CAFA. See id.
Because we hold that TA’s notice of removal was untimely based on the original complaint’s allegations, we need not and do not address TA’s challenge to the district court’s application of the revival exception to removal or the district court’s alternative basis for remanding Noll’s action to state court premised on TA’s failure to demonstrate the requisite amount in controversy.
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9 th Cir. R. 36-3.